UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROGER ROSEMA ,

    Plaintiff,

v.

THE BERT BELL/PETE ROZELLE
NFL RETIREMENT PLAN BENEFITS
ADMINISTRATORS, et al.,

    Defendants.
_____/

HONORABLE PAUL L. MALONEY

Case No. 1:10-cv-777

## ORDER

On November 12, 2010, the plaintiff filed a motion to strike defendant's response to plaintiff's motion for summary judgment for failure to submit a timely response and for entry of default judgment in favor of plaintiff (Dkt. #31).  On November 16, 2010, the plaintiff filed a notice of withdrawal of plaintiff's motion to strike defendant's response to plaintiff's motion for summary judgment (Dkt. #33).  As such, the Court considers the motion withdrawn.  Therefore,

**IT IS HEREBY ORDERED** that the plaintiff's motion to strike defendant's response to plaintiff's motion for summary judgment for failure to submit a timely response and for entry of default judgment in favor of plaintiff (Dkt. #31) is **DISMISSED as withdrawn**.

Date:  November 16, 2010

   /s/ Paul L. Maloney
   Paul L. Maloney
   Chief United States District Judge