# EXHIBIT E

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROGER "ROCKY" ROSEMA,

    Plaintiff,

v

    Case No. 1:10-cv-00777-PLM

    Hon. Paul L. Maloney

THE BERT BELL/PETE ROZELLE NFL
RETIREMENT PLAN BENEFITS
ADMINISTRATORS, et al

    Defendants.

---

| CUMMINGS, McCLOREY, DAVIS & ACHO, P.L.C. | CLARK HILL PLC |
|---|---|
| By: JAMES R. ACHO (P-62175) | By: JAMES L. WERNSTROM (P-23071) |
| 33900 Schoolcraft | 200 Ottawa Avenue NW, Suite 500 |
| Livonia, MI 48150 | Grand Rapids, MI 49503 |
| (734) 261-2400 | (616) 608-1100 |
| Attorneys for Plaintiff | Attorneys for Defendant Bert Bell/Pete Rozelle NFL Retirement Plan Benefits Administrators |

---

## AFFIDAVIT IN SUPPORT OF PLAINTIFF'S REPLY TO DEFENDANT'S BRIEF IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

I, ROGER "ROCKY" ROSEMA, having first been sworn, state under oath:

1. I am a resident of the city of Grand Rapids, Michigan, and have resided in Grand Rapids for most of my life.

2. I graduated from Grand Rapids Central High School in 1964, and was an All-Big Ten football player at the University of Michigan from 1964-1967.

3.  In 1968, I was drafted into the National Football League by the St. Louis Cardinals Football Club, now known as the Arizona Cardinals.

4.  From 1968-1971, I played for the St. Louis Cardinals football team, until my release in 1971 due to injury. The Cardinals and the Bert Bell/Pete Rozelle Retirement Plan claim today that I was not injured, but I was, which is why no other team picked me up that season.

5.  After my release from the St. Louis Cardinals in 1971, Cardinals Coach Bob Hollaway advised me that they waited until Friday so I would receive a third (3rd) game check for that season, stating so that "you will qualify for three games this season." Further, I filed an injury grievance with the Cardinals upon my release.

6.  In 1972, I signed with the Washington Redskins football club, but never played for the Redskins due to an injury in the preseason.

7.  Again, following my release in 1971 by the Cardinals, I filed an injury grievance against the Cardinals. Later, I filed for workers' compensation benefits and in 1974, I was awarded workers' compensation for the rest of the 1971 and all of the 1972 season.

8.  I applied for pension benefits from the Bert Bell/Pete Rozelle Retirement Plan and was wrongfully denied such benefits. The workers' compensation benefits I received constitute an injury grievance settlement under the Retirement Plan, as did my 3rd game check in 1971.

9.  Over the course of the past few years, I have periodically made phone calls to the representatives of the Bert Bell/Pete Rozelle Retirement Plan, inquiring as to the status of my claim. I was informed that "we are looking into it based on the new information" These actions by the Retirement Plan and its representatives were done so to stall me to prevent me from filing suit in a timely manner.

2

10. After I finally tired of being brushed aside, placated and ignored, I asked my attorney to file a lawsuit for the benefits which I am entitled to.

I hereby declare, under the penalties of perjury, that the facts stated in this affidavit are personally known to me, and that they are true.

*Roger Rosema*
ROGER "ROCKY" ROSEMA

State of Michigan
County of CALHOUN ACTING IN KENT COUNTY

Signed and sworn to before me on November 18, 2010.

*Andrew Breze*
Notary Public

My commission expires on: Nov. 23, 2014

G:\dar\Rocky\Rosema-Resp.Mot-Sum_Judgment.Affidavit 2.wpd

3