UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| ROGER "ROCKY" ROSEMA, | ) | |
|     Plaintiff, | ) | |
| | ) | No. 1:10-cv-777 |
| -v- | ) | |
| | ) | HONORABLE PAUL L. MALONEY |
| BERT BELL/PETE ROZELLE NFL | ) | |
| RETIREMENT PLAN BENEFITS | ) | |
| ADMINISTRATORS, ET AL, | ) | |
|     Defendant. | ) | |
| _____ | ) | |

## JUDGMENT

Having resolved all pending claims in favor of Defendant, pursuant to Fed. R. Civ. P. 58, **JUDGMENT** enters in favor of Defendant and against Plaintiff.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Dated:   September 8, 2011                /s/ Paul L. Maloney
                                          Paul L. Maloney
                                          Chief United States District Judge