UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Roger "Rocky" Rosema,<br>          Plaintiff,<br><br>-v-<br><br>Bert Bell/Pete Rozelle NFL<br>Retirement Plan Benefits<br>Administrators, et al,<br>          Defendant.<br>_____ | )<br>)<br>)  No. 1:10-cv-777<br>)<br>)  HONORABLE PAUL L. MALONEY<br>)<br>)<br>)<br>)<br>) |

# JUDGMENT

Having resolved all pending claims in favor of Defendant, pursuant to Fed. R. Civ. P. 58, **JUDGMENT** enters in favor of Defendant and against Plaintiff.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Dated:  September 8, 2011          /s/ Paul L. Maloney
                                   Paul L. Maloney
                                   Chief United States District Judge